UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-066 JD |
| | ) | |
| DALE HITE | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 25, 2013 [DE 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Dale Hite's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 841(a)(1) & 846.

SO ORDERED.

ENTERED:   May 14, 2013

       /s/ JON E. DEGUILIO
Judge
United States District Court